IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NICOLE COLEY,

       Plaintiff,   : Civil Action No.: 18-1188

  -against-

KATHY L. RUMER, D.O., F.A.C.O.S.
and DELAWARE VALLEY AESTHETICS, PLLC
d/b/a RUMER COSMETIC SURGERY,

       Defendants.



FILED
MAY -9 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## CERTIFICATE OF MERIT AS TO DEFENDANT
## KATHY L. RUMER, D.O., F.A.C.O.S.

I, Kristy L. Bruce, Esquire, certify that:

An appropriate licensed professional has supplied a written statement to the undersigned that there is a basis to conclude that the care, skill or knowledge exercised or exhibited by the defendant, Kathy L. Rumer, D.O., F.A.C.O.S., in the treatment, practice or work that is the subject of the Complaint fell outside acceptable professional standards and that such conduct was a cause in bringing about the harm to plaintiff, Nicole Coley.

Date: 5/4/18

                _____
                Kristy L. Bruce, Esquire
                Attorney for the Plaintiff