## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania

Case Number: 18-CV-01188-PBT

Plaintiff:
**Nicole Coley**

vs.

Defendant:
**Kathy L. Rumer, D.O., et al.**

For:
Kristy L. Bruce, Esquire
The Rubinstein Law Firm, LLC
1675 Whitehorse-Mercerville Rd
Suite 106
Hamilton, NJ 08619

Received by TALONE & ASSOCIATES to be served on **Delaware Valley Aesthetics, PLLC - d/b/a Rumer Cosmetic Surgery, 105 Ardmore Avenue, Ardmore, PA 19003**.

I, Robert Bassler, being duly sworn, depose and say that on the **9th day of May, 2018** at **12:50 pm**, I:

**SUBSTITUTE** served by delivering a true copy of the **Summons & Complaint** to: **Kerry Deangelos - c/o Rumer Cosmetic Surgery** as **Husband/Business Partner**, a person employed therein and authorized to accept service for **Delaware Valley Aesthetics, PLLC** at the address of: **105 Ardmore Avenue, Ardmore, PA 19003**, the within named person's usual place of **Work**, in compliance with State Statutes.

**Additional Information pertaining to this Service:**
Recipient is business partner of subject and is authorized to accept legal service. Recipient was cooperative and provided phone number 855-782-5665.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: White, Height: 6-0, Weight: 190, Hair: Grey, Glasses: N

I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 22nd day of MAY, 2018 by the affiant who is personally known to me.

NOTARY PUBLIC
COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DAVID W. HAHN, Notary Public
City of Philadelphia, Phila.
My Commission Expires February 23, 2020

Robert Bassler
Process Server

**TALONE & ASSOCIATES**
423 South 15th Street
Philadelphia, PA 19146-1637
(215) 546-6080

Our Job Serial Number: TLL-2018000814

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.1i