IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE COLEY<br><br>      Plaintiff,<br><br>v.<br><br>KATHY L. RUMER, D.O., F.A.C.O.S;<br>DELAWARE VALLEY AESTHETICS, PLLC<br>D/B/A RUMER COSMETIC SURGERY<br><br>      Defendants. | CIVIL ACTION NO. 2:18-cv-01188 |

## ORDER

AND NOW, this _____ day of _____, 2018, upon consideration of Defendants, Kathy L. Rumer, D.O., F.A.C.O.S. and Delaware Valley Aesthetics, PLLC d/b/a Rumer Cosmetic Surgery, Motion to dismiss certain portions of Plaintiff's Complaint for failure to state a claim upon which relief can be granted pursuant to F.R.C.P. 12(b)(6), it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED** as follows:

1. Plaintiff's claims of Negligent Infliction of Emotional Distress are stricken;

2. Plaintiff's claims of Intentional Infliction of Emotional Distress are stricken;

3. Plaintiff's claims of recklessness are stricken;

4. Plaintiff's demand for Punitive Damages is stricken;

5. Plaintiff's demand for attorney's fees is stricken.

                     BY THE COURT:

                     _____
                                 J.