## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the Motion of Kathy L. Rumer, D.O., F.A.C.O.S. and Delaware Valley Aesthetics, PLLC d/b/a Rumer Cosmetic Surgery to Dismiss with Prejudice Portions of Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) was filed and served upon Plaintiff's counsel on May 30, 2018, by way of the court's electronic filing and notification system.

GERMAN, GALLAGHER & MURTAGH

BY: _____
John P. Shusted
Chilton G. Goebel, III
Lauren A. Green
*Attorneys for Defendants*
*Kathy L. Rumer, D.O., F.A.C.O.S and*
*Delaware Valley Aesthetics, PLLC*
*d/b/a Rumer Cosmetic Surgery*