**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NICOLE COLEY | : | CIVIL ACTION |
| VS. | | |
| KATHY L. RUMER, D.O., F.A.C.O.S., et al | : | NO. 2:18-cv-01188 |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly enter an appearance on behalf of defendants Kathy L. Rumer, D.O., F.A.C.O.S. and Delaware Valley Aesthetics, PLLC, d/b/a Rumer Cosmetic Surgery in the above captioned matter.

GERMAN, GALLAGHER & MURTAGH

BY: _____
John P. Shusted
Identification No. 44675

BY: _____
Chilton G. Goebel, III
Identification No. 92811

Attorneys for Defendants
Kathy L. Rumer, D.O., F.A.C.O.S.
and Delaware Valley Aesthetics, PLLC,
d/b/a Rumer Cosmetic Surgery

The Bellevue, 5th Floor
200 S. Broad Street
Philadelphia, PA 19102
T: 215-545-7700
F: 215-732-4182
shustedj@ggmfirm.com
goebelc@ggmfirm.com