IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NICOLE COLEY,

               Plaintiff,        Civil Action No.: 18-1188

    -against-

KATHY L. RUMER, D.O., F.A.C.O.S.
and DELAWARE VALLEY AESTHETICS, PLLC
d/b/a RUMER COSMETIC SURGERY,

               Defendants.

### Order Extending Time For Briefing Relating To Defendants' Motion To Dismiss

Upon consideration of the stipulation filed by the parties and supporting declaration, and good cause appearing therefor,

IT IS HEREBY ORDERED that plaintiff's time to respond to defendants' motion to dismiss for failure to state a claim be extended to and through June 20, 2018.

Dated: 6/5/18

                                              _____
                                              U.S. District Judge