IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NICOLE COLEY                                :        CIVIL ACTION

VS.

KATHY L. RUMER, D.O., F.A.C.O.S., et al    :        NO. 2:18-cv-01188

### Stipulation Dismissing Claims
### for Relief Sought by Plaintiff

Plaintiff and defendants hereby stipulate and agree that the following claims for relief are dismissed from Plaintiff's Complaint with prejudice:

1. Plaintiff's claims of Negligent Infliction of Emotional Distress (Count III and Count IV);

2. Plaintiff's claims of Intentional Infliction of Emotional Distress (Count V and VI);

3. Plaintiff's claims of recklessness;

4. Plaintiff's demand for Punitive Damages (Count VII)

5. Plaintiff's demand for attorney's fees.

Accordingly, the Complaint is hereby amended as described above.

Dated: June 19, 2018

For Plaintiff:

Kristy L. Bruce, Esquire
The Rubinstein Law Firm, LLC
1675 Whitehorse Mercerville Rd., Ste. 106
Hamilton, NJ 08619
609-392-7600

For Defendants:

Chilton G. Goebel, III, Esquire
German, Gallagher & Murtagh, PC
200 S. Broad Street, 5th Floor
Philadelphia, PA 19102
215-545-7700

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICOLE COLEY | : | CIVIL ACTION |
| VS. | | |
| KATHY L. RUMER, D.O., F.A.C.O.S., et al | : | NO. 2:18-cv-01188 |

## ORDER

Upon consideration of the stipulation filed by the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the following claims for relief are STRICKEN from Plaintiff's complaint with prejudice:

1. Plaintiff's claims of Negligent Infliction of Emotional Distress (Count III and Count IV);
2. Plaintiff's claims of Intentional Infliction of Emotional Distress (Count V and VI);
3. Plaintiff's claims of recklessness;
4. Plaintiff's demand for Punitive Damages (Count VII); and
5. Plaintiff's demand for attorney's fees.

Accordingly, the Complaint is hereby amended as described above.

Dated: _____                    _____
                                           U.S. District Judge

1641892_1.docx