IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICOLE COLEY | : | CIVIL ACTION |
| VS. | | |
| KATHY L. RUMER, D.O., F.A.C.O.S., et al | : | NO. 2:18-cv-01188 |

FILED
JUN 21 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

**ORDER**

Upon consideration of the stipulation filed by the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the following claims for relief are STRICKEN from Plaintiff's complaint with prejudice:

1. Plaintiff's claims of Negligent Infliction of Emotional Distress (Count III and Count IV);
2. Plaintiff's claims of Intentional Infliction of Emotional Distress (Count V and VI);
3. Plaintiff's claims of recklessness;
4. Plaintiff's demand for Punitive Damages (Count VII); and
5. Plaintiff's demand for attorney's fees.

Accordingly, the Complaint is hereby amended as described above.

Dated: 6/21/18

_____
U.S. District Judge