IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NICOLE COLEY,                                     :
                                                  :          :
                        Plaintiff,                :   Civil Action No.: 18-1188
                                                  :
         -against-                                :
                                                  :
KATHY L. RUMER, D.O., F.A.C.O.S.                  :
and DELAWARE VALLEY AESTHETICS, PLLC              :
d/b/a RUMER COSMETIC SURGERY,                     :
                                                  :
                        Defendants.               :

**CERTIFICATION OF SPONSOR KRISTY L. BRUCE, ESQUIRE**

I, Kristy L. Bruce, Esq. states as follows:

   1. I am a member of the bar of the United States District Court for the Eastern District of Pennsylvania and hereby move for the admission of Scott H. Seskin, Esq. to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b).

   2. I certify that I know (or after reasonable inquiry believe) that Scott H. Seskin, Esq. is a member in good standing in the New York, New Jersey and Washington DC state and federal courts and his private and personal character is good.

   3. I reasonably believe Scott H. Seskin, Esq. to be a reputable and competent attorney and am in a position to recommend his admission to this court.

   4. I am not acting as a sponsor in any other matters pending in the commonwealth of Pennsylvania.

   5. The proceeds from the settlement of this matter shall be received, held, distributed and accounted for in accordance with Rule 1.15 of The Pennsylvania Rules of Professional Conduct, including the IOLTA provisions thereof, if applicable.

6. I have previously entered my notice of appearance in this matter.

7. The foregoing is true and correct to the best of my knowledge, information and belief and this statement is made subject to the penalties of 18 Pa. C.S.A § 4904 relating to unsworn falsification to authorities.

Respectfully Submitted

*/s/ Kristy L. Bruce*

Kristy L. Bruce, Esq.
Attorneys for Plaintiff
The Rubinstein Law Firm, LLC
1675 Whitehorse Mercerville Rd., Ste. 106
Hamilton, New Jersey 08619
T: (609) 392-7600
F: (609) 964-1785

Dated: 7/17/18