IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICOLE COLEY, | : | |
| | : | : |
| Plaintiff, | : | Civil Action No.: 18-1188 |
| | : | |
| -against- | : | |
| | : | |
| KATHY L. RUMER, D.O., F.A.C.O.S. | : | |
| and DELAWARE VALLEY AESTHETICS, PLLC | : | |
| d/b/a RUMER COSMETIC SURGERY, | : | |
| | : | |
| Defendants. | : | |

### VERIFIED STATEMENT OF SCOTT H. SESKIN, ESQ. PURSUANT TO Pa.R.C.P. 1012.1

1. I, Scott H. Seskin, Esquire, am admitted to practice in the following bars and courts:

   a. New York, admitted in 1989, license number 2220879

   b. New Jersey, admitted in 1989, license number 008271989

   c. Washington DC, admitted in 1989, license number 421900

   d. U.S.D.C. Southern District of New York, U.S.D.C. Eastern District of New York, Second Circuit, Third Circuit, New Jersey Federal Courts.

2. I have never been suspended, disbarred or otherwise disciplined in any court of which I am a member.

3. I am not currently subject to any disciplinary proceedings in any jurisdiction.

4. I am not admitted Pro Hac Vice in any pending matters in any court in Pennsylvania.

5. I am currently in the process of submitting my application to become licensed in the Commonwealth of Pennsylvania. However, that process takes several months.

6. I will comply with and agree to be bound by the applicable statutes, case law and procedure rules of the Commonwealth of Pennsylvania including Pennsylvania Rules of Professional Conduct.

7. I shall submit to the jurisdiction of the Pennsylvania Courts and the Pennsylvania Disciplinary Board with respect to acts and omissions occurring during the appearance in the above captioned matter.

8. I have consented to the appointment of the sponsor as the agent upon whom service of process shall be made for all actions, including disciplinary actions, that may arise out the practice of law in the matter for which Admission Pro Hac Vice is sought.

I, Scott H. Seskin, verify that the facts set forth in the within statement true and correct to the best of my knowledge, information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

7/16/18

_____
Scott H. Seskin