IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NICOLE COLEY,

      Plaintiff,

  -against-

KATHY L. RUMER, D.O., F.A.C.O.S.
and DELAWARE VALLEY AESTHETICS, PLLC
d/b/a RUMER COSMETIC SURGERY,

      Defendants.

Civil Action No.: 18-1188

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF SCOTT H. SESKIN

**IT IS HEREBY ORDERED** that counsel's Motion Pursuant to Local Rule 83.5.2(b) for the Admission of Counsel, Scott H. Seskin, Esquire, *Pro Hac Vice* to practice in this court is **GRANTED.**

Date                 _____
                     United States District Judge