IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICOLE COLEY, | : | |
| | : | : |
| Plaintiff, | : | Civil Action No.: 18-1188 |
| | : | |
| -against- | : | |
| | : | |
| KATHY L. RUMER, D.O., F.A.C.O.S. | : | |
| and DELAWARE VALLEY AESTHETICS, PLLC | : | |
| d/b/a RUMER COSMETIC SURGERY, | : | |
| | : | |
| Defendants. | : | |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the Motion for Admission Pro Hac Vice of Scott H. Seskin, Esq. was filed and served upon Defendant's counsel on by way of the courts electronic filing and notification system.

THE RUBINSTEIN LAW FIRM, L.L.C.

BY: /s/ Kristy L. Bruce
Kristy L. Bruce
*Attorney for Plaintiff*