IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE COLEY, | : |
|     Plaintiff, | : |
| | :    CIVIL ACTION |
| v. | : |
| | :    NO. 18-1188 |
| KATHY L. RUMER, et al., | : |
|     Defendants. | : |

## ORDER

AND NOW, this 1st day of August, 2018, upon consideration of Defendants' Motion to Dismiss with Prejudice Portions of Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. 6) and the Stipulation Dismissing Claims for Relief Sought by Plaintiff (Doc. 10), **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motion is **DENIED AS MOOT**.

BY THE COURT:

*/s/ Petrese B. Tucker*
Hon. Petrese B. Tucker, U.S.D.J.