IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE COLEY<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>KATHY L. RUMER, D.O., F.A.C.O.S;<br>DELAWARE VALLEY AESTHETICS, PLLC<br>D/B/A RUMER COSMETIC SURGERY<br><br>　　　　　　Defendants. | CIVIL ACTION NO. 2:18-cv-01188 |

## RULE 26 INITIAL DISCLOSURES

Kathy L. Rumer, D.O. and Delaware Valley Aesthetics, PLLC d/b/a Rumer Cosmetic Surgery, hereby provide the following information as its Initial Disclosures.

(i) Kathy L. Rumer, D.O.
Delaware Valley Aesthetics, PLLC
105 Ardmore Avenue
Ardmore, PA 19003

Nurses and PA as noted in the medical records we are providing

Nicole Coley

Victor Inada, M.D.

Plaintiff's subsequent surgeon at Mount Sinai Beth Israel Hospital

Therapist who signed off on Plaintiff's gender reassignment surgery

All medical providers identified by the Plaintiff in her Initial Disclosures.

Defendants reserve the right to supplement this as further discovery becomes available.

(ii) Dr. Rumer's office chart and photos are hereby supplied.

1665115_1.docx

(iii)  None in Dr. Rumer's possession.

(iv)  This information will be provided. Dr. Rumer is covered by a primary insurance policy in the amount of five hundred thousand dollars ($500,000). The insurance carrier of that policy is Positive Physicians Insurance Exchange. In addition to the Positive Physicians Insurance Exchange policy, there is coverage provided by the MCARE Fund in the amount of five hundred thousand dollars ($500,000).

Delaware Valley Aesthetics, PLLC d/b/a Rumer Cosmetic Surgery is covered by a policy in the amount of five hundred thousand dollars ($500,000). The insurance carrier of that policy is Positive Physicians Insurance Exchange.

GERMAN, GALLAGHER & MURTAGH

BY: _____
John P. Shusted, Esquire
I.D. #44675 – shustedj@ggmfirm.com
Chilton G. Goebel, III, Esquire
I.D. #92811 – goebelc@ggmfirm.com
Lauren A. Green, Esquire
I.D. #322622 – greenl@ggmfirm.com
Attorneys for Defendants
Kathy L. Rumer, D.O., F.A.C.O.S.
and Delaware Valley Aesthetics, PLLC
d/b/a Rumer Cosmetic Surgery
The Bellevue, 5th Floor
200 S. Broad Street
Philadelphia, PA 19102
T: 215-545-7700
F: 215-732-4182

1665115_1.docx