IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NICOLE COLEY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 18-1188** |
| **KATHY L. RUMER, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this __14th____ day of August, 2018, upon consideration of Plaintiff's Motion for Admission Pro Hac Vice Pursuant to Local Rule 83.5.2(b) (Doc. 14), **IT IS HEREBY ORDERED AND DECREED** that Scott H. Seskin, Esq. is admitted *Pro Hac Vice* to the United States District Court for the Eastern District of Pennsylvania for the pendency of this matter.

                                                  **BY THE COURT:**

                                                  **/s/ Petrese B. Tucker**

                                                  _____

                                                  **Hon. Petrese B. Tucker, U.S.D.J.**