IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NICOLE COLEY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 18-1188** |
| **KATHY L. RUMER, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

### ORDER

**AND NOW**, this _22nd_____ day of October, 2018, upon consideration of Defendants' Motion to Compel Compliance with Subpoena Directed to Records Custodian of Jess Ting, M.D. (Doc. 21), **IT IS HEREBY ORDERED AND DECREED** that the Motion is **GRANTED**.[1] Within **ten (10) days** of the date of this Order, the Records Custodian of Jess Ting, M.D. shall provide defendants a complete copy of plaintiff's medical chart.

BY THE COURT:

/s/ Petrese B. Tucker

_____
Hon. Petrese B. Tucker, U.S.D.J.

---

[1] To date, no party to this case has filed an opposition or otherwise indicated any objection to Defendants' Motion. Accordingly, pursuant to E.D. Pa. Local. R. Civ. P. 7.1(c), the Court treats the Motion as uncontested.