# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NICOLE COLEY,** | : |
| **Plaintiff,** | : **CIVIL ACTION** |
| v. | : **NO. 18-1188** |
| **KATHY L. RUMER, et al.,** | : |
| **Defendants.** | : |

## ORDER

**AND NOW**, this ___4th_____ day of June, 2019, upon consideration of Defendants' unopposed letter to the Court dated May 31, 2019 whereby Defendant requests a trial continuance, **IT IS HEREBY ORDERED AND DECREED** as follows:

1. The case will be placed on the Court's trial list for **Monday, July 15, 2019 at 10:30 a.m.** in Courtroom 16B, James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, PA 19106; and

2. The Parties shall consult the Court's May 29, 2018 Scheduling Order (Doc. 19) for instructions regarding pretrial submissions and trial procedures.

BY THE COURT:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**