**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **NICOLE COLEY,** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 18-1188** |
| | : | |
| **KATHY L. RUMER, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW**, this _10th_____ day of July, 2019, upon consideration of Plaintiff's Counsel's unopposed letter to the Court dated July 8, 2019 whereby Plaintiff's Counsel requests a trial continuance, **IT IS HEREBY ORDERED AND DECREED** as follows:

1. The case will be placed on the Court's trial list for **Monday, September 23, 2019 at 10:30 a.m.** in Courtroom 16B, James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, PA 19106; and

2. The Parties shall consult the Court's May 29, 2018 Scheduling Order (Doc. 19) for instructions regarding pretrial submissions and trial procedures.

**BY THE COURT:**

**/s/ Petrese B. Tucker**

_____
**Hon. Petrese B. Tucker, U.S.D.J.**