

# GERMAN, GALLAGHER & MURTAGH
A Professional Corporation

Attorneys at Law

| | | | |
|---|---|---|---|
| DEAN F. MURTAGH<br>GARY R. GREMMINGER *<br>JOHN P. SHUSTED *<br>JEFFREY D. LAUDENBACH *<br>CHILTON G. GOEBEL, III<br>MICHAEL J. DOLAN *<br>BRIAN O. SUMNER *<br>NIKKI A. MOSCO *<br>SYLVIA A. MCCULLOUGH<br>ANDRE J. WEBB | KATHRYN A. DUX<br>KIM R. PLOUFFE<br>GARY H. HUNTER<br>MARNI J. STAHL *<br>YANA N. SHAPIRO *<br>JACOB C. LEHMAN *<br>MATTHEW J. McCOLGAN *<br>LAUREN A. GREEN *<br>ARI J. SLIFFMAN * | THE BELLEVUE - SUITE 500<br>200 S. BROAD STREET<br>PHILADELPHIA, PA 19102-3814<br>———<br>TELEPHONE (215) 545-7700<br>FAX (215) 732-4182<br>Email: goebelc@ggmfirm.com<br>———<br>Direct Dial No.<br>(215) 875-4023 | EDWARD C. GERMAN<br>1922 - 2009<br>———<br>MICHAEL D. GALLAGHER<br>1949 - 1999<br>———<br>NEW JERSEY OFFICE<br>20 BRACE ROAD, SUITE 200<br>CHERRY HILL, NJ 08034<br>TELEPHONE (856) 235-8022<br>FAX (856) 235-6392<br>———<br>*   ALSO MEMBER NJ BAR |

September 10, 2019

ALFA INTERNATIONAL
THE GLOBAL LEGAL NETWORK

Honorable Petrese B. Tucker
United States District Court, Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 16613
Philadelphia, PA 19106-1709

      **Re:**   **Coley v. Rumer, et al**
            **Civil Action No. 18-1188**
            **Our File No. 2710-214**

Dear Judge Tucker:

    Please be advised that the parties have reached an agreement to submit the above-captioned matter to binding high-low arbitration. The Court can remove the matter from its trial list for trial beginning Monday, September 23, 2019.

    I thank you for your attention in this regard.

                                                      Respectfully yours,

                                                      GERMAN, GALLAGHER & MURTAGH, P.C.

                                                      BY: /s/ Chilton G. Goebel, III
                                                            Chilton G. Goebel, III

CGG/lg
  cc:     Scott Seskin, Esquire   ss@seskinlaw.com
            Kristy L. Bruce, Esquire   kbruce@njpa-law.com