# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NICOLE COLEY,** | : |
| **Plaintiff,** | : |
| | : CIVIL ACTION |
| v. | : NO. 18-1188 |
| **KATHY L. RUMER, et al.,** | : |
| **Defendants.** | : |

## ORDER

**AND NOW**, this __13th___ day of September, 2019, **IT IS HEREBY ORDERED AND DECREED** that on or before **Wednesday, September 18, 2019**, the Parties shall provide status updates in writing to the Court. The letters shall be faxed to Chambers at (267) 299-5072.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**