**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NICOLE COLEY,** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 18-1188** |
| | : | |
| **KATHY L. RUMER, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this __20th___ day of November 2020, **IT IS HEREBY ORDERED AND DECREED** that on or before **Monday, November 30, 2020**, the Parties shall provide status updates in writing to the Court. The letters shall be emailed to Chambers: chambers_of_judge_petrese_b_tucker@paed.uscourts.gov.

        **BY THE COURT:**

        **/s/ Petrese B. Tucker**
        _____
        **Hon. Petrese B. Tucker, U.S.D.J.**