# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NICOLE COLEY,** | : |
| **Plaintiff,** | : **CIVIL ACTION** |
| v. | : **NO. 18-1188** |
| **KATHY L. RUMER, et al.,** | : |
| **Defendants.** | : |

## ORDER

**AND NOW**, this __16th___ day of February 2021, **IT IS HEREBY ORDERED AND DECREED** that on or before **Tuesday, March 9, 2021**, the Parties shall provide status updates in writing to the Court. The letters shall be emailed to Chambers: chambers_of_judge_petrese_b_tucker@paed.uscourts.gov.

**BY THE COURT:**

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**