# SESKIN & SESKIN
COUNSELORS AT LAW

SCOTT H. SESKIN
(N.Y., N.J., WASH. D.C.)
DIA N. SESKIN
(N.Y.)

110 EAST 59TH STREET
NEW YORK, N.Y. 10022
(212) 751-0077
FAX: (212) 355-3936
ss@seskinlaw.com
ds@seskinlaw.com

March 8, 2021

Hon. Petrese B. Tucker
United States District Court
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: *Nicole Coley v. Kathy L. Rumer, D.O.*
Docket No.: 2:18-cv-01188

Dear Judge Tucker:

This letter is written on behalf of the parties to this matter to apprise the Court as to the status of this case.

We are pleased to report that the parties have formalized and executed an arbitration agreement in furtherance of resolving this case.

We truly appreciate your Honor's invaluable patience, assistance and guidance, without which we would not have been able to attain this resolution. We will advise the Court of the date of the arbitration once it is obtained, as well as the outcome once the arbitration is concluded.

Respectfully submitted,

SCOTT H. SESKIN, ESQ.

SHS/dc

cc:   Jack Shusted, Esq.
      Attorney for Defendant