# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NICOLE COLEY,** | : |
| **Plaintiff,** | : |
| | : CIVIL ACTION |
| v. | : NO. 18-1188 |
| **KATHY L. RUMER,** *et al.*, | : |
| **Defendants.** | : |

## ORDER

**AND NOW**, this 6th day of April 2022, **IT IS HEREBY ORDERED AND DECREED** that on or before **Friday, May 6, 2022**, the Parties shall provide an update to the Court on the status of their arbitration proceedings. The letters shall be emailed to Chambers: chambers_of_judge_petrese_b_tucker@paed.uscourts.gov.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**