

The Bellevue - Suite 500
200 South Broad Street
Philadelphia, PA 19102-3814

Tel: (215) 545-7700
Fax: (215) 732-4182
www.ggmfirm.com

**John P. Shusted**

Direct Dial: 215-875-4037
Email: shustedj@ggmfirm.com

**ALFA** INTERNATIONAL
THE GLOBAL LEGAL NETWORK

April 8, 2022

**VIA E-FILING**

The Honorable Petrese B. Tucker, U.S.D.J.
601 Market Street
Philadelphia, PA  19106

    Re:    **Nicole Coley v. Kathy Rumer, M.D.**
             **No. 18-1188**

Dear Judge Tucker:

    Please be advised that the above matter was referred to binding arbitration. A defense award has been entered and the matter is completed. I would respectfully request that the case be dismissed with prejudice.

    Thank you for your consideration.

                                    Respectfully,

                                    John P. Shusted

JPS/nk
cc:    Scott Seskin, Esquire
        Kristy Bruce, Esquire