IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NICOLE COLEY,** | : |
| **Plaintiff,** | : **CIVIL ACTION** |
| v. | : **NO. 18-1188** |
| **KATHY L. RUMER,** *et al.*, | : |
| **Defendants.** | : |

### ORDER

**AND NOW**, this 12th day of April 2022, the Court having been advised that the parties in the above-captioned matter have resolved the case, **IT IS HEREBY ORDERED AND DECREED** that this matter is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel and Local Rule 41.1(b).

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**